IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CR-00071-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| SHAROD DARMINA RESPUS | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 13, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the December 13, 2018, Preliminary Order of Forfeiture, to wit:

a) a Taurus 9mm handgun, bearing serial number TJS52782;

b) a Mossburg rifle, bearing serial number ELL3597496;

c) a Weatherby 30-06 rifle, bearing serial number VB145333;

d) a Rohm 22 caliber pistol;

e) a Smith and Wesson 9mm handgun, bearing serial number FXL1489;

f) a Springfield Armory 9mm, bearing serial number GM86585;

g) a Phoenix Arms/Raven handgun, bearing serial number 3069054; and

h) any and all ammunition;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 15, 2019 and April 13, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental

1

Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of the publication date; that is, not later than May 14, 2019, for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's December 13, 2018 Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the December 13, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshall Service and/or the Federal Bureau of Investigation is directed to dispose of the property according to law, including destruction.

SO ORDERED this 19th day of June, 2019.

LOUISE W. FLANAGAN
United States District Judge